UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH KOLWE JR | CIVIL ACTION NO. 19-cv-1663 |
| VERSUS | JUDGE JUNEAU |
| CIVIL & STRUCTURAL ENGINEERS INC | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the plaintiff's Motion to Abstain and Remand [Doc. 15] is GRANTED, and this matter is remanded to the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana. IT IS ORDERED that plaintiff's request for attorney's fees IS DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of September, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH KOLWE JR | CIVIL ACTION NO. 19-cv-1663 |
| VERSUS | JUDGE JUNEAU |
| CIVIL & STRUCTURAL ENGINEERS INC | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the absence of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the plaintiff's Motion to Abstain and Remand [Doc. 15] is GRANTED, and this matter is remanded to the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana. IT IS ORDERED that plaintiff's request for attorney's fees IS DENIED.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE